IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DRIL-QUIP, INC.<br><br>    Defendant. | Civil Action No. _____ |

### RULE 7.1 STATEMENT

Plaintiff Cameron International Corporation states that it does not have any parent corporation and that no publicly-traded corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff
  Cameron International Corporation

OF COUNSEL:

William D. Belanger
Mintz, Levin, Cohen, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

December 1, 2006