**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| CAMERON INTERNATIONAL CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-728-JJF |
| v. | ) ) | |
| DRIL-QUIP, INC. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE that the address for William D. Belanger, counsel for plaintiff Cameron International Corporation, is now Pepper Hamilton LLP, 101 Federal Street, Suite 1010, Boston, MA 02110-1817. Mr. Belanger's new phone number is (617) 956-4342; his new email address is belangerw@pepperlaw.com.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff
  Cameron International Corporation

March 7, 2007

758656