IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAMERON INTERNATIONAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 06-728 (JJF) |
| v. | ) ) ) | |
| DRIL-QUIP, INC. | ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS defendant Dril-Quip, Inc. ("Dril-Quip") filed an answer and counterclaim (D.I. 8) to plaintiff Cameron International Corporation's ("Cameron") complaint (D.I. 1) in the above-captioned action on March 16, 2007;

WHEREAS, on that same day, Cameron filed an amended complaint (D.I. 6) against Dril-Quip in the above-captioned action;

WHEREAS the parties have agreed to a date for Dril-Quip to answer or otherwise respond to Cameron's amended complaint;

WHEREAS the parties have agreed to a date for Cameron to reply or otherwise respond to any Dril-Quip counterclaim;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Cameron and Dril-Quip, through their respective counsel, and subject to the approval of the Court, that Dril-Quip shall have until and including April 5, 2007 to answer or

otherwise respond to Cameron's amended complaint and Cameron shall have until and including April 25, 2007 to reply or otherwise respond to any Dril-Quip counterclaim.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Rodger D. Smith II<br>    Jack B. Blumenfeld (#1014)<br>    Rodger D. Smith II (#3778)<br>    1201 N. Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    Telephone: (302) 658-9200<br>    Facsimile: (302) 658-3989<br>    jblumenfeld@mnat.com<br>    rsmith@mnat.com<br><br>*Attorneys For Plaintiff*<br>*Cameron International Corporation* | By: /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    Kenneth L. Dorsney (#3726)<br>    1313 North Market Street<br>    Hercules Plaza, 6th Floor<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    Facsimile: (302) 658-1192<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com<br><br>*Attorneys For Defendant*<br>*Dril-Quip, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan