IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| CAMERON INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DRIL-QUIP, INC.,<br><br>    Defendant. | Civil Action No. 06-728-JJF |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Edmond D. Johnson and Thomas H. Kovach enter their appearance for Plaintiff Cameron International Corporation ("Cameron"), and Jack B. Blumenfeld and Rodger D. Smith, II withdraw as counsel for Plaintiff Cameron.

| PEPPER HAMILTON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/Thomas H. Kovach | /s/ Rodger D. Smith |
| Edmond D. Johnson (DE Bar #2257) | Jack B. Blumenfeld (DE Bar #1014) |
| Thomas H. Kovach (DE Bar #3964) | Rodger D. Smith, II (DE Bar #3778) |
| Hercules Plaza, Suite 5100 | 1201 N. Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| P.O. Box 1709 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899-1709 | (302) 658-9200 |
| (302) 777-6500 | jblumenfeld@mnat.com |
| johnsone@pepperlaw.com | rsmith@mnat.com |
| kovacht@pepperlaw.com |  |

And

William D. Belanger
PEPPER HAMILTON LLP
101 Federal Street, Suite 1010
Boston, MA 02110
(617) 956-4350
belangerw@pepperlaw.com

Dated: April 4, 2007

#8461895 v1

**CERTIFICATE OF SERVICE**

I, Thomas H. Kovach, hereby certify that on the 4th day of April, 2007, I caused a copy of the foregoing *Notice of Substitution of Counsel* to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951


/s/Thomas H. Kovach
Thomas H. Kovach (DE Bar #3964)