IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAMERON INTERNATIONAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 06-728-JJF |
| v. | ) ) ) | **JURY DEMANDED** |
| DRIL-QUIP, INC. | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT DRIL-QUIP, INC.'S MOTION TO TRANSFER

Defendant Dril-Quip, Inc., moves the Court under 28 U.S.C. § 1404(a) for an order transferring this patent infringement action to the U.S. District Court for the Southern District of Texas. Venue is properly lodged in Delaware. However, for the reasons set forth in the accompanying brief, venue is also proper and more appropriately lodged in the Southern District of Texas. The relevant *Jumara* factors weigh strongly in favor of a transfer to the Southern of District of Texas as the more logical venue for the convenience of the parties and witnesses and in the interest of judicial economy. On this basis, under the facts of the case and in view of relevant legal precedent, the transfer is substantially justified, and Dril-Quip respectfully requests the Court to grant this Motion.

OF COUNSEL:

Stephen H. Cagle
Eric S. Schlichter
Joan E. Beckner
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 787-1400
Facsimile: (713) 787-1440

DATED: April 4, 2007

787324 / 31110

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Kenneth L. Dorsney (#3726)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE 19801
     Telephone: (302) 984-6000
     Facsimile: (302) 658-1192

*Attorneys for Defendant
Dril-Quip, Inc.*

## CERTIFICATE OF CONFERENCE

On April 3, 2007, I, Stephen H. Cagle, counsel for defendant, conferred by telephone with William D. Belanger, counsel for plaintiff. In that telephone call, I indicated that defendant intended to file a motion to transfer venue to the Southern District of Texas. Later on April 3, 2007, in follow up written correspondence, Mr. Belanger indicated to me that plaintiff would oppose such a motion.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 4, 2007, the attached document was hand-delivered and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following persons and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Johnsone@pepperlaw.com
Kovacht@pepperlaw.com

I hereby certify that on April 4, 2007, I have Electronically Mailed the documents to the following non-registered participants:

William D. Belanger
Pepper Hamilton LLP
101 Federal Street, Suite 1010
Boston, MA 02111-1817
belangerw@pepperlaw.com

                    By: */s/ Richard L. Horwitz*
                          Richard L. Horwitz
                          David E. Moore
                          Hercules Plaza, 6th Floor
                          1313 N. Market Street
                          Wilmington, Delaware 19899-0951
                          (302) 984-6000
                          rhorwitz@potteranderson.com
                          dmoore@potteranderson.com

783999 / 31110

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CAMERON INTERNATIONAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. NO.06-728-JJF |
| v. | ) ) ) | **JURY DEMANDED** |
| DRIL-QUIP, INC. | ) ) | |
| Defendant. | ) | |

### ORDER

Having considered Defendant Dril-Quip, Inc.'s Motion to Transfer ("the Motion"), IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Motion is GRANTED. The above-captioned action is hereby TRANSFERRED to the United States District Court for the Southern District of Texas.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>DRIL-QUIP, INC.<br><br>      Defendant. | )<br>)<br>)<br>)  C.A. No. 06-728-JJF<br>)<br>)<br>)  **JURY DEMANDED**<br>)<br>)<br>) |

## NOTICE OF MOTION TO TRANSFER

PLEASE TAKE NOTICE that Defendant Dril-Quip, Inc. requests the Court to hear its Motion To Transfer on May 4, 2007 at 10:00 a.m.

OF COUNSEL:

Stephen H. Cagle
Eric S. Schlichter
Joan E. Beckner
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 787-1400
Facsimile: (713) 787-1440

788015 / 31110

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile: (302) 658-1192

*Attorneys for Defendant
Dril-Quip, Inc.*