IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION, ) ) ) | |
| Plaintiff, ) | C.A. No. 06-728-JJF |
| ) | |
| v. ) ) | **JURY DEMANDED** |
| DRIL-QUIP, INC. ) ) | |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Stephen H. Cagle, Eric S. Schlichter, Henry A. Petri, Jr., and Joan E. Beckner of Howrey LLP, 1111 Louisiana, 25th Floor, Houston, TX 77002-5242, to represent defendant Dril-Quip, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

Dated: April 6, 2007
787324 / 31110

*Attorneys for Defendant Dril-Quip, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 6, 2007          Signed: */s/ Stephen H. Cagle*
                                                                  Stephen H. Cagle
                                                                  Howrey LLP
                                                                  1111 Louisiana, 25th Floor
                                                                  Houston, TX  77002-5242
                                                                  Telephone:  (713) 787-1400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 6, 2007          Signed: /s/ Eric S. Schlichter
                                     Eric S. Schlichter
                                     Howrey LLP
                                     1111 Louisiana, 25th Floor
                                     Houston, TX 77002-5242
                                     Telephone: (713) 787-1400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 6, 2007         Signed: /s/ Henry A. Petri, Jr.
                                    Henry A. Petri, Jr.
                                    Howrey LLP
                                    1111 Louisiana, 25th Floor
                                    Houston, TX 77002-5242
                                    Telephone: (713) 787-1400

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 6, 2007          Signed: */s/ Joan E. Beckner*
                                     Joan E. Beckner
                                     Howrey LLP
                                     1111 Louisiana, 25th Floor
                                     Houston, TX 77002-5242
                                     Telephone: (713) 787-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 6, 2007, the attached document was hand-delivered and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following persons and the document is available for viewing and downloading from CM/ECF:

Edmond D. Johnson
Thomas H. Kovach
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Johnsone@pepperlaw.com
Kovacht@pepperlaw.com

I hereby certify that on April 6, 2007, I have Electronically Mailed the documents to the following non-registered participants:

William D. Belanger
Pepper Hamilton LLP
101 Federal Street, Suite 1010
Boston, MA 02111-1817
belangerw@pepperlaw.com

By: */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

783999 / 31110