## CERTIFICATE OF SERVICE

I, Thomas H. Kovach, hereby certify that on 25th day of April, 2007, I caused a true and correct copy of the foregoing *Plaintiff's Answer to Defendant's Counterclaims* to be served to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

_____
Thomas H. Kovach (DE Bar #3964)