IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CAMERON INTERNATIONAL CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-728-JJF |
| DRIL-QUIP, INC. | ) ) ) | **JURY DEMANDED** |
| Defendant. | ) ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William D. Belanger of Pepper Hamilton LLP to represent plaintiff Cameron International Corporation in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for William D. Belanger of Pepper Hamilton LLP is being submitted in connection with this motion.

Dated: May 2, 2007

_____
Edmond D. Johnson (DE Bar #2257)
Thomas H. Kovach (DE Bar #3964)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

Attorneys for Plaintiff Cameron International Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of Massachusetts, Virginia and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

_____
William D. Belanger
PEPPER HAMILTON LLP
101 Federal Street, Suite 1010
Boston, MA 02110-1817
Telephone: 617-956-4350
Fax: 617-956-4351

Attorneys for Plaintiff Cameron International Corporation

# CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on 2nd day of May, 2007, I caused a true and correct copy of the foregoing ***Motion and Order for Admission Pro Hac Vice*** to be served to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

>_____
>Edmond D. Johnson (DE Bar #2257)