```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

CAMERON INTERNATIONAL           :
CORPORATION,                    :
                                :
      Plaintiff,             :
                                :
   v.                           :  Civil Action No. 06-728-JJF
                                :
DRIL-QUIP, INC.                 :
                                :
      Defendant.             :

## MEMORANDUM ORDER

Pending before me is Defendant's Motion To Transfer (D.I. 11). After considering Defendant's arguments and Plaintiff's responses, I conclude the Motion should be granted.

I have considered the factors the Third Circuit has held may be relevant to the exercise of my discretion and find that the convenience of the parties and witnesses and the interests of justice will be furthered by a transfer to the Southern District of Texas.

Specifically, I find that both parties' principal places of business are located in the Southern District of Texas, and a substantial number of witnesses and documents are also in the Southern District of Texas. Also, I find that the remainder of the private and public factors that have been argued do not weigh strongly enough, individually or collectively, so as to tip the balance in favor of either party.

THEREFORE, for the reasons cited above, Defendant's Motion To Transfer (D.I. 11) is **GRANTED**.

May 3, 2007
Date

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE