OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

May 23, 2007

United States District Court
Southern District of Texas
Michael N. Milby, Clerk of Court
P.O. Box 61010
Houston, Texas 77208-1010

RE: Cameron International Corporation vs. Dril-Quip, Inc.
USDC/DE Civil Action No. 06cv728 JJF

Dear Clerk of Court:

Pursuant to the Order dated May 3, 2007, signed by the Honorable Joseph J. Farnan, Jr., transferring the above captioned case to your Court, enclosed please find the following items:

( X) Certified copy of the docket sheet;
( X) Certified copy of the Order of Transfer;
(  ) Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on _____.

_____
**Signature**